# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132329(92)

CITY OF DETROIT,
      Plaintiff/Counter-Defendant/Appellee,

v

SC: 132329
COA: 257415
Wayne CC: 01-106546-CZ

AMBASSADOR BRIDGE COMPANY
a/k/a DETROIT INTERNATIONAL BRIDGE
COMPANY,
      Defendant/Counter-Plaintiff/Appellant.
_____

      On order of the Chief Justice, the motion by defendant-appellant for extension to June 22, 2007 of the time for filing their brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2007

Clerk